UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GIPSON,<br><br>        Plaintiff,<br><br>   vs.<br><br>R. SCHMIST, et al.,<br><br>        Defendants.<br>_____/ | 1:11-cv-02004 GBC (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion seeking leave to proceed in forma pauperis by a prisoner on December 19, 2011, with a new address. In light of the fact that plaintiff is no longer in custody, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full.

**Failure to obey this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: \_\_\_December 22, 2011\_\_\_ _____
                                                                             UNITED STATES MAGISTRATE JUDGE