# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GIPSON,<br><br>                    Plaintiff,<br><br>      v.<br><br>R. SCHMIST, et. al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:11-cv-02004-GBC (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE RE PETITIONER'S FAILURE TO RESPOND TO THE COURT'S ORDER REGARDING CONSENT OR REQUEST FOR REASSIGNMENT<br><br>(Docs. 2, 10, 11, 12) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2011, the court issued an Order Re Consent or Request for Reassignment, requiring Plaintiff to complete and return the form within thirty (30) days, indicating either consent to the jurisdiction of the U.S. Magistrate Judge, or requesting that the case be reassigned to a U.S. District Judge.  The thirty (30) day period expired and Plaintiff had not returned the form, or otherwise responded to the court's order such that an order to show cause issued on January 18, 2012 requiring Plaintiff to complete and return the Order Re Consent or Request for Reassignment, or show cause, in writing, why this action should not be dismissed for his failure to obey a court order.

    Plaintiff filed two responses to the Order to Show Cause (Docs. 10, 12) and a document wherein he consented to U.S. Magistrate Judge jurisdiction (Doc. 11).

    Accordingly, IT IS HEREBY ORDERED that the Order to Show Cause which issued on January 19, 2012 (Doc. 8) is discharged based on Plaintiff's consent to U.S. Magistrate Judge

1 jurisdiction.

4 IT IS SO ORDERED.

Dated: February 22, 2012

UNITED STATES MAGISTRATE JUDGE