UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GIPSON,<br><br>       Plaintiff,<br><br>vs.<br><br>DR. O. ONYEJE, M.D., PETERS, P.A.,<br><br>       Defendants. | Case No. 1:11-cv-02004-RRB<br><br>**DISMISSAL ORDER** |

Pending before this Court is a civil rights Complaint under 42 U.S.C. § 1983 filed by William Gipson, a California parolee appearing *pro se* and *in forma pauperis*. On June 3, 2013, this Court entered and served its Screening Order,[1] which was served on Gipson at his last known address on that date.[2] The docket reflects that the Screening Order was returned as undeliverable on June 26, 2013. More that 63 days have lapsed since the Screening Order was returned as undeliverable and Gipson has neither responded to the Screening Order nor provided the Court with a current address.[3]

This Court may dismiss for failure to prosecute or failure to comply with a court order or rule. In so doing, this Court must weigh five factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk

---

[1]   Docket 22.

[2]   Docket 23.

[3]   *See* L.R. 183(b).

SCREENING ORDER
*Gipson v. Onyeje*, 1:11-cv-02004-RRB - 1

of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits.[4]

In this case, weighing those factors to the extent that may otherwise be applicable, this Court concludes that dismissal without prejudice presents a proper balance among the five factors.

Accordingly, it is therefore **ORDERED** that the First Amended Complaint filed herein is hereby **DISMISSED**, without prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED** this 6th day of September, 2013.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[4] *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002).